# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

April 1, 2020

**VIA ECF**

Hon. Ona T. Wang
U.S. Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<div style="border:1px solid red; padding:10px;">
**Memo Endorsed**

**Application Granted.** The initial conference scheduled for April 9, 2020 is hereby adjourned. A rescheduled conference will be held on **July 8, 2020 at 11:00 a.m.**

**SO ORDERED.**

_____
Ona T. Wang        4/7/2020
U.S. Magistrate Judge
</div>

Re: <u>Lopez v. Walgreens Boots Alliances, Inc., 19-cv-9853-PAE-OTW</u>

Dear Judge Wang:

We represent Walgreens Boots Alliances, Inc. ("Walgreens"), defendant in the above-referenced action. Pursuant to Rule I(a) and I(e) of Your Honor's Individual Practices in Civil Cases, we write, with the consent of counsel for Plaintiff Victor Lopez ("Plaintiff"), respectfully to request that the Court adjourn the Initial Conference scheduled for April 9, 2020 at 11:30 a.m., to a date and time after the resolution of Walgreens' Motion to Dismiss the Amended Complaint ("Motion") that is convenient for the Court. This is Walgreens' first request for an adjournment of the Initial Conference. As noted, counsel for Plaintiff consents to this request.

In support of this request, counsel for the Walgreens state that Walgreens' Motion is currently fully-briefed and pending before the Court. (_See_ ECF Nos. 24-27.) Resolution of Walgreens' motion may be wholly dispositive of the claims at issue in this action or may affect the scope of discovery if the claims are not dismissed. Accordingly, counsel for the Walgreens submits that an adjournment of the Initial Conference would preserve judicial resources, as well as the resources of the parties, until after the Motion is decided.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

Cc: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060      +1.212.309.6000
United States                 +1.212.309.6001