UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

VICTOR LOPEZ AND ON BEHALF OF
ALL OTHER PERSONS SIMILARLY
SITUATED,

                          Plaintiff,

   -against-

WALGREENS BOOTS ALLIANCE, INC.,

                          Defendants.

--------------------------------------------------------X

*Civil Action No.*

1:19-cv-09853-PAE-OTW

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **VICTOR LOPEZ** and Defendant, **WALGREENS BOOTS ALLIANCE, INC.**, hereby notify this Honorable Court that settlement has been reached in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

Dated: August 29, 2022

By: _____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 6A
New York, NY 10022
T:(646) 770-3775